UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Belen Acevedo**, | Case 8:18-CV-00029-JLS-KES |
| Plaintiff, | Judgment |
| v. | |
| **George Alexander**, in individual and representative capacity as trustee of the Alexander Living Trust dated June 16, 1993; **Lillian Alexander**, in individual and representative capacity as trustee of the Alexander Living Trust dated June 16, 1993; **J Flores Family Restaurant Corporation**, a California Corporation; and Does 1-10, | |
| Defendants. | |

1

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff Belen Acevedo shall have JUDGMENT in her favor against Defendants George Alexander and J. Flores Family Restaurant Corporation in the amount of $7,220.00, which includes $4,000.00 in statutory damages under the Unruh Civil Rights Act, $2,760.00 in attorney's fees, and $460.00 in costs.

Additionally, Defendants George Alexander and J. Flores Family Restaurant Corporation are enjoined from discriminating against individuals with disabilities by failing to remove the following architectural barriers from the restroom at the property located at or about 1425 E. Edinger Avenue, Santa Ana, California: (1) a door knob that requires tight grasping and twisting of the wrist; (2) a toilet seat that is less than 17 inches from its top to the ground; (3) mounted accessory equipment, the operable parts of which are more than 54 inches above the ground; (4) lack of clear floor space in front of the dispenser of disposable toilet seat covers; and (5) lack of wrapping around sink pipes to protect against burning contact.

Dated: June 19, 2018     By: _____
                              United States District Judge